```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JAMES H. WILLIAMS, III and
JULIANN ELIZABETH WILLIAMS                         PLAINTIFFS

         v.          Case No: 6:10-cv-6023

UNITED STATES DEPARTMENT OF THE
INTERIOR, NATIONAL PARK SERVICE                     DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, the Court finds Plaintiffs possess record legal title to the disputed property. The parties are to bear their own fees and costs associated with this case. **The parties have sixty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 14th day of December, 2012.

                          */s/ Robert T. Dawson*
                          Honorable Robert T. Dawson
                          United States District Judge

**AO72A**
**(Rev. 8/82)**